IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JOHN H. MACSHERRY, JR.** | * | |
| *Plaintiff*, | * | |
| | | Civil Action No.: |
| v. | * | |
| | | (Removal from Circuit |
| **SPARROWS POINT LLC**, *et al.* | * | Court for Baltimore County) |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Defendant Commercial Development Company, Inc., with the consent of Defendants Sparrows Point LLC and Michael Roberts (collectively, "Defendants"), by its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby gives notice that it is removing the above-captioned action from the Circuit Court for Baltimore County, Maryland to this Court and, in support thereof, state as follows:

1. On or about Novembver 17, 2014, Plaintiff, John H. Macsherry, Jr. ("Plaintiff") filed this action in the Circuit Court for Baltimore County, Maryland, styled as *Macsherry v. Sparrows Point LLC*, *et al*., Case No. 03-C-14-012556. Plaintiff alleges that the Defendants breached an employment agreement and failed to pay him a commission. Plaintiff seeks monetary relief in an amount that exceeds $75,000.00.

2. On or about December 5, 2014, Defendants Sparrows Point LLC and Michael Roberts were served with a copy of the Complaint with exhibits, the Writ of Summons, and both a completed and a blank Case Information Sheet. True and correct copies of these papers are attached hereto as **Exhibit A**. Defendant Commercial Development Company, Inc., was served with these

same documents on December 8, 2014. No additional pleadings, orders or other papers have been served upon Defendants by Plaintiff.

3. No Defendant has filed a responsive pleading thus far in this action.

4. This Notice of Removal is being filed within thirty (30) days after service upon Defendant Commercial Development Company, Inc. of a copy of the Complaint and Writ of Summons, and is timely filed under 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(b)(2)(C), Defendants Sparrows Point LLC and Michael Roberts hereby join and consent to the filing of this Notice of Removal.

6. Contemporaneously herewith, a Notice of Filing of Notice of Removal has been filed with the Circuit Court for Baltimore County, Maryland. A copy of that Notice is attached hereto as **Exhibit B**.

## FACTS SUPPORTING REMOVAL

7. Plaintiff is a citizen of the State of Maryland, residing at 7824 Ellenham Road, Towson, Maryland 21204.

8. Defendant Sparrows Point LLC is a Missouri limited liability company registered to do business in Maryland. As a limited liability company, Sparrows Point LLC's citizenship for diversity purposes is determined by that of its members. *JBG/JER Shady Grove, LLC v. Eastman Kodak Co.*, 127 F. Supp. 2d 700, 701 (D. Md. 2001). All of Sparrows Point LLC's members are citizens of states other than Maryland. Therefore, Sparrows Point LLC is not a citizen of the State of Maryland for diversity purposes.

9. Defendant Commercial Development Company, Inc. is a citizen of the State of Missouri. It is incorporated under the laws of the State of Missouri and its principal place of business is located at 1650 Des Peres Rd., Ste. 303, Saint Louis, Missouri 63131.

10. Defendant Michael Roberts is a citizen of the State of Missouri, with his principal business address located at 1650 Des Peres Rd., Ste. 303, Saint Louis, Missouri 63131.

11. The matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

12. This civil action is one that may be removed to this Court pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds the applicable minimum.

13. Based upon the allegations in the Complaint, the proper venue for removal of this action is the United States District Court for the District of Maryland.

14. Pursuant to 28 U.S.C. § 100, the territory assigned to the United States District Court for the District of Maryland, Northern Division, includes Baltimore County, Maryland.

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers, and orders which have been served upon Defendants in this matter are being filed contemporaneously herewith.  *See* Exh. A.

16. Pursuant to Local Rule 103.3, Defendants are filing contemporaneously herewith a completed disclosure of corporate interest form.

17. Defendants, by this Notice of Removal, do not waive any objections to defects in service of process, jurisdiction, venue, or any other defense. Defendants specifically reserve all such defenses.

WHEREFORE, Defendant Commercial Development Company, Inc., with the consent of Defendants Sparrows Point LLC and Michael Roberts, hereby removes this action from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____/s/_____
Michael A. Brown, Bar. No. 07483
Joshua J. Gayfield, Bar No. 29129
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 727-6464
(410) 385-3700 (fax)
mbrown@milesstockbridge.com
jgayfield@milesstockbridge.com

*Counsel for Defendants, Sparrows Point LLC, Commercial Development Company, Inc., and Michael Roberts*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2014, a copy of the foregoing *Notice of Removal* was mailed, first class mail, postage prepaid, and emailed to:

Francis R. Laws
Julia A. Carolan
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202

*Counsel for Plaintiff*

_____/s/_____
Joshua J. Gayfield