IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN H. MACSHERRY, JR.,
   *Plaintiff*,

v().

SPARROWS POINT, LLC, *et al.*,
   *Defendants*.

Civil No. ELH-15-00022

**ORDER**

For the reasons stated in the preceding Memorandum Opinion, it is this 23rd day of October, 2015, ORDERED:

Roberts's motion to dismiss (ECF 29) is DENIED as to Count I and GRANTED as to Counts II, III, and IV.

/s/
Ellen L. Hollander
United States District Judge