**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 21, 2017

LETTER TO COUNSEL

    Re:   *John H. Macsherry, Jr. v. Sparrows Point LLC, et al.*
           Civil No.:  ELH-15-022

Dear Counsel:

    I am in receipt of Mr. O'Connell's letter of August 21, 2017 (ECF 75), advising as to the availability of counsel for trial in the above matter.  Based on what Mr. O'Connell has stated, I have scheduled the **trial in this case to begin March 5, 2018, through March 16, 2018**. Counsel are directed to report to chambers at **9:30 a.m.** on **March 5, 2018**.

    Accordingly, the following schedule shall govern, predicated on the assumption of a jury trial.

1. Motions in limine are due by **October 27, 2017**.

2. A proposed pretrial order is due by **January 19, 2018**.

3. Proposed joint voir dire; proposed joint jury instructions; and a joint proposed verdict sheet shall be due by **January 26, 2018.**

    Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.  Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov   Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions, as well as legal citations for any contested proposed jury instructions.

4. If the case proceeds as a non-jury trial, each side shall submit by **January 26, 2018**, a legal memorandum addressing the issue(s), claims, and defenses, with legal authorities.

5. A pretrial conference will be held in chambers on **February 23, 2018, at 4:00 p.m.**

Set forth below are instructions pertinent to your pretrial and trial preparation.

**Guaranteeing Witness Availability**

Absent emergency circumstances, a party will guarantee the presence at trial of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at trial.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party, pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at trial. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order, in accordance with Local Rule 106.2.h. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7.a. You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b.

**Use of Courtroom Equipment**

Please be prepared to advise me at the pretrial conference if you would like to use at trial any courtroom technologies.

**Trial Instructions**

Please read carefully the attached memorandum, entitled "Instructions To Counsel Re Trial Procedure And Conduct." You are responsible for knowing the contents of these instructions and all of the provisions of Local Rule 107 concerning trial conduct.

Despite the informal nature of this letter, it is an Order of the Court and the Clerk shall docket it as such.

Sincerely,

/s/
Ellen Lipton Hollander

United States District Judge