```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                         (Northern Division)


JOHN H. MACSHERRY, JR.,

       Plaintiff,

v.                                     Civil Action No. 1:15CV22
                                                           (STAMP)
SPARROWS POINT, LLC,
COMMERCIAL DEVELOPMENT
COMPANY, INC. and
MICHAEL ROBERTS,

       Defendants.
```

### AMENDED ORDER OF JUDGMENT

Having considered the Motion to Alter or Amend Judgment or, in the Alternative, For A New Trial On Damages (ECF No. 171) filed by defendants, Sparrows Point LLC, Commercial Development Company, Inc., and Michael Roberts (collectively, "defendants"), and opposition thereto, it is this 12th day of February, 2019, hereby:

ORDERED, that the Order of Judgment dated July 16, 2018 (ECF No. 160) be, and hereby is, AMENDED as set forth in this Order; and it is

ORDERED, that judgment be, and the same hereby is, ENTERED in favor of plaintiff John H. Macsherry and against defendants, jointly and severally, in the amount of $1,000,000.00 for violation of the Maryland Wage Payment and Collection Law, which amount consists of $825,000.00 for a commission and $175,000.00 in additional damages, and that defendants shall bear the costs of this action and post-trial interest in the amount of 2.33 percent shall accrue.

IT IS SO ORDERED.

The Clerk is DIRECTED to transmit a copy of this order to counsel of record herein.

DATED:    February 12, 2019

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE
