# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **JOHN H. MACSHERRY, JR.,** | * | |
| *Plaintiff*, | * | |
| v. | * | Case No. 1:15-cv-00022-FPS |
| **SPARROWS POINT LLC**, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Defendants, Sparrows Point LLC, Commercial Development Company, Inc., and Michael Roberts ("Defendants"), by and through their undersigned attorneys, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the February 12, 2019 Amended Order of Judgment of the United States District Court for the District of Maryland entering judgment in favor of Plaintiff, John H. Macsherry, Jr. and against all Defendants, jointly and severally, in the amount of $1,000,000 plus costs and post-trial interest of 2.33 percent.

Respectfully submitted,

/s/
Joshua J. Gayfield (Fed. Bar No. 29189)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Telephone:  (410) 385-3734
Facsimile:  (410) 385-3700
jgayfield@milesstockbridge.com