FILED: November 18, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1281 (L)
(1:15-cv-00022-FPS)

JOHN H. MACSHERRY, JR.

    Plaintiff - Appellee

v.

SPARROWS POINT, LLC; COMMERCIAL DEVELOPMENT COMPANY, INC.; MICHAEL ROBERTS

    Defendants - Appellants

ORDER

The court grants the motion to withdraw Andrew K. O'Connell from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk